**McKENNA, DuPONT, STONE & WASHBURNE, PC**
Michael R. DuPont, MRD/2077
229 Broad Street
Red Bank, NJ 07701
(732) 741-6681
Attorneys for Creditor, Credit Union of New Jersey
Our File No.

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of, | : | Chapter 13, Case No. 23-10117 |
| RENEE INGRAM | : | Honorable JNP |
| | : | Confirmation Hearing: 03/15/2023 |
| Debtors. | | |
| | : | |

### NOTICE OF OBJECTION TO CONFIRMATION OF PLAN
### PURSUANT TO BANKRUPTCY RULE 3015

The undersigned attorneys for Credit Union of New Jersey, a secured creditor of debtor as is set forth in its Proof of Claim (No. 2), hereby objects to the confirmation of the debtors' proposed Chapter 13 Plan on the basis of:

1. This creditor is the holder of a perfected security interest in debtors' automobile, namely a 2013 Cadillac.  Debtor's plan outlines the account is unaffected and to be paid outside directly to secured creditor.

2. As outlined in the Proof of Claim filed there are arrears in the amount of $338.44.

For the reason stated above, and for any others that the Court deems fair, creditor respectfully requests that confirmation of debtor's proposed plan be denied.

**McKENNA, DuPONT, STONE & WASHBURNE, PC**
Attorneys for Creditor, Credit Union of New Jersey

By: */s/ Michael R. DuPont*
MICHAEL R. DuPONT, Esq.

Dated: January 31, 2023