Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  23−10117−JNP
           Chapter:  13
           Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Renee Ingram
   1312 Rancoas Road
   Burlington, NJ 08106

Social Security No.:
   xxx−xx−8031

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         3/15/23
Time:        09:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 31, 2023
JAN: eag

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Renee Ingram  
    Debtor

Case No. 23-10117-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Jan 31, 2023     Form ID: 132     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Renee Ingram, 1312 Rancoas Road, Burlington, NJ 08016-3702 |
| 519806255 | + | Bank of America Velpro Sol, 4909 Savarese Cir FL1, Tampa FL 33634-2413 |
| 519821943 | + | Credit Union of New Jersey, c/o McKenna, DuPont, Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 519806263 | + | State of New Jersey, PO Box 245, Trenton NJ 08695-0245 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 31 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 31 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519806258 | | Email/Text: bankruptcy@cunj.org | Jan 31 2023 20:48:00 | CREDIT UNION OF NJ, PO BOX 7921, Trenton NJ 08628 |
| 519806256 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2023 20:51:02 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519806257 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 31 2023 20:50:57 | Credit One Bank, PO Box 98875, Las Vegas NV 89193-8875 |
| 519806259 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 31 2023 20:51:04 | First Premier Bank, 3820 North Louise Ave, Sioux Falls SD 57107-0145 |
| 519806260 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 31 2023 20:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 519806261 | + | Email/Text: mail@jenkinsclayman.com | Jan 31 2023 20:48:00 | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519806262 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 31 2023 20:49:00 | Select Portfolio Servicing, PO Boc 65250, Salt Lake City UT 841650250 |
| 519806264 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 31 2023 20:48:00 | US Dept of Education GLELSI, PO Box 7860, Madison WI 53707-7860 |
| 519808954 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jan 31 2023 20:48:00 | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Credit Union of New Jersey, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 31, 2023 | Form ID: 132 | Total Noticed: 15 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2023             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Citigroup Mortgage Loan Trust 2020-RP2 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Renee Ingram mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Michael R. DuPont | on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com  lori@redbanklaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5