Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−10117−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Renee Ingram
   1312 Rancoas Road
   Burlington, NJ 08106

Social Security No.:
   xxx−xx−8031

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/18/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 18, 2024
JAN: as

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                Case No. 23-10117-JNP

Renee Ingram                                                                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                     User: admin                                     Page 1 of 2

Date Rcvd: Jan 18, 2024                             Form ID: 148                             Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Renee Ingram, 1312 Rancoas Road, Burlington, NJ 08016-3702 |
| cr | | Bankruptcy Unit new Jersey Division of Taxation, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 519806255 | + | Bank of America Velpro Sol, 4909 Savarese Cir FL1, Tampa FL 33634-2413 |
| 519821943 | + | Credit Union of New Jersey, c/o McKenna, DuPont, Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 519861336 | + | Veripro Solutions inc., PO Box 3572, Coppell TX 75019-5538 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 18 2024 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 18 2024 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519806258 | | Email/Text: bankruptcy@cunj.org | Jan 18 2024 21:55:00 | CREDIT UNION OF NJ, PO BOX 7921, Trenton NJ 08628 |
| 519806256 | + | EDI: CAPITALONE.COM | Jan 19 2024 02:32:00 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519839916 | + | EDI: AIS.COM | Jan 19 2024 02:32:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519843096 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 18 2024 21:56:00 | Citigroup Mortgage Loan Trust 2020-RP2, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519806257 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 18 2024 21:57:36 | Credit One Bank, PO Box 98875, Las Vegas NV 89193-8875 |
| 519806259 | + | EDI: AMINFOFP.COM | Jan 19 2024 02:32:00 | First Premier Bank, 3820 North Louise Ave, Sioux Falls SD 57107-0145 |
| 519806260 | + | EDI: IRS.COM | Jan 19 2024 02:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 519863100 | | EDI: JEFFERSONCAP.COM | Jan 19 2024 02:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519806261 | + | Email/Text: mail@jenkinsclayman.com | Jan 18 2024 21:54:00 | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519839045 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2024 22:11:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519840758 | + | EDI: JEFFERSONCAP.COM | Jan 19 2024 02:32:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519862264 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 18 2024 21:53:00 | State of New Jersey, Department of Treasury, |

District/off: 0312-1                        User: admin                                Page 2 of 2

Date Rcvd: Jan 18, 2024                     Form ID: 148                         Total Noticed: 23

|  |  |  | Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
|---|---|---|---|
| 519806263 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Jan 18 2024 21:53:00 | State of New Jersey, PO Box 245, Trenton NJ 08695 |
| 519806262 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Jan 18 2024 21:56:00 | Select Portfolio Servicing, PO Boc 65250, Salt Lake City UT 841650250 |
| 519806264 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Jan 18 2024 21:55:00 | US Dept of Education GLELSI, PO Box 7860, Madison WI 53707-7860 |
| 519808954 | Email/Text: electronicbkydocs@nelnet.net | | |
| | | Jan 18 2024 21:55:00 | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Credit Union of New Jersey, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor Citigroup Mortgage Loan Trust 2020-RP2 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Renee Ingram mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| Michael R. DuPont | on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com  lori@redbanklaw.com |
| Timothy Maganga Kawira | on behalf of Creditor Bankruptcy Unit new Jersey Division of Taxation timothy.kawira@law.njoag.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7